UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EXPERTCONNECT, LLC,

                Plaintiff,                              Case No.: 18-CV-4828 (LGS)

      -against-                                 **NOTICE OF APPEAL**

MAYOKIA FOWLER, DIPALI PARMAR, and
STRAFLUENCE, LLC,

                Defendants.
-------------------------------------------------------------X

**NOTICE IS HEREBY GIVEN** that the Defendants in the above-captioned action, Mayokia Fowler, Dipali Parmar, and Strafluence, LLC, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of the District Court, entered on July 25, 2018 [ECF Docket No.: 42], granting in part and denying in part Defendants' motion for reconsideration of the District Court's June 28, 2018 oral ruling, which granted Plaintiff's Order to Show Cause for a preliminary injunction. Defendants also appeal from that portion of the Order, entered on July 26, 2018 [ECF Docket No.: 43] setting the terms and scope of the preliminary injunction.

Dated: New York, New York
       July 31, 2018

                                                      THE ROTH LAW FIRM, PLLC

                                      By:    _/s/ Stanislav Sharovskiy_
                                               Stanislav Sharovskiy, Esq. (SS4536)
                                               295 Madison Avenue, Floor 22
                                               New York, New York 10017
                                               Tel. No.: (212) 542 – 8882
                                               Fax No.: (212) 542 – 8883

                                               *Attorneys for Defendant-Appellants*